Henry Patrick Nelson, CSB #32249
Amber A. Logan, CSB #166395
**Nelson & Fulton**
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014
Tel.(213) 365-2703 / Fax (213) 201-1031
nelson-fulton@nelson-fulton.com

Attorneys for Defendants, Los Angeles County, Los Angeles County Sheriff's Department, Sheriff Alex Villanueva, Deputies Roth and Waldron, Susan O'Leary Brown

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY; et al.,<br><br>    Defendants. | CASE NO. 2:20-cv-9876-DMG-PD<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Dolly M. Gee<br>    Courtroom 8C |

<u>**JOINT STIPULATION**</u>

WHEREAS:

(1) Plaintiff filed and served her First Amended Complaint on October 12, 2021;

(2) Defendants' response to the First Amended Complaint is due on November 2, 2021;

(3) The First Amended Complaint adds new claims against the original five defendants who have appeared in this action;

(4) The First Amended Complaint adds claims against seven (7) new defendants as parties to the action;

(5) Some of the new seven (7) defendants have yet to be served, and responses to the First Amended Complaint will have to be made piecemeal instead of in a single response;

-1-

(6) Defense counsel is still investigating the allegations against the seven (7) new defendants in order to prepare an appropriate response to the First Amended Complaint;

NOW, THEREFORE, IT IS AGREED AND STIPULATED, that the Defendants' response to the Plaintiff's First Amended Complaint, now due November 2, 2021, shall be extended for twenty (20) days to November 22, 2021.

**IT IS SO STIPULATED AND AGREED:**

DATED: November 1, 2021                    NELSON & FULTON

                                           By: s / Amber A. Logan
                                               AMBER A. LOGAN
                                               Attorneys for Defendants,
                                               County of Los Angeles, et al.

DATED: November 1, 2021                    MICHEL & ASSOCIATES

                                           By: s/ Anna M. Barvir
                                               ANNA M. BARVIR
                                               Attorneys for the Plaintiff,
                                               Ana Fernandez

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5.4-3.4(a)(2)(i), I hereby attest that Anna M. Barvir, has concurred in the content of this Joint Stipulation and has authorized its filing.

DATED: November 1, 2021                    By: s / Amber A. Logan
                                               AMBER A. LOGAN
                                               Attorneys for Defendants,
                                               County of Los Angeles, et al.