UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY, et al.,<br><br>          Defendants. | Case No. CV 20-9876-DMG (PDx)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [35]** |

    Pursuant to the Joint Stipulation of the Parties and good cause appearing thereon, the Defendants' request for an extension of time to respond to the Plaintiff's First Amended Complaint is hereby granted. Defendants shall file their response to the First Amended Complaint on or before November 22, 2021.

**IT IS SO ORDERED.**

DATED: November 1, 2021

                                                  DOLLY M. GEE<br>
                                                  UNITED STATES DISTRICT JUDGE