1  Amber A. Logan (SBN 166395)
   LOGAN MATHEVOSIAN & HUR, LLP
2  Equitable Plaza, Suite 2740
   3435 Wilshire Boulevard
3  Los Angeles, CA 90010-1901
   Telephone: (213) 365-2703
4  lmh@lmhfirm.com
   amberlogan@lmhfirm.com

5  *Attorneys for Defendants,*
   County of Los Angeles, and Sheriff's Deputies John Roth and Wyatt Waldron
6

7  MICHEL & ASSOCIATES
   C.D. Michel (SBN 144258)
8  Sean A. Brady (SBN 262007)
   Ana M. Barvir (SBN 268728)
9  180 E. Ocean Boulevard, Suite 200
   Long Beach, California 90802
10 Telephone: (562) 216-4444
   cmichel@michellawyers.com
11 abarvir@michellawyers.com

12 *Attorneys for Plaintiff,* Ana Patricia Fernandez

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA
15

16 ANA PATRICIA FERNANDEZ,        )  CASE NO. 2:20-cv-09876-DMG-PD
                                  )
17                Plaintiff,      )  **JOINT STIPULATION TO CONTINUE**
                                  )  **THE DATE OF THE SCHEDULING**
18 vs.                            )  **CONFERENCE AND RULE 26 MEETING**
                                  )  **DEADLINES; (PROPOSED) ORDER**
19                                )
20 LOS ANGELES COUNTY; et al.,    )
                                  )  Judge: Hon. Dolly M. Gee
21                Defendants.     )        Courtroom 8C
                                  )
22                                )

23                    **JOINT STIPULATION**

24 WHEREAS:
25
26     The Court, on November 9, 2022, issued orders scheduling the meeting of
27 counsel pursuant to Fed. R. Civ. P. 16, 26 (f), and setting the Scheduling Conference

28                                -1-

for December 23, 2022 at 9:30 a.m.

Counsel for the Defendants has a pre-paid vacation out of the state of California from December 19, 2022 through December 25, 2022. Counsel is currently unaware of the availability for a virtual appearance at the location where she will be staying.

Counsel for the Defendants is scheduled to begin her service as a juror with the California Superior Court on Tuesday, December 27 – said service having been postponed from the original start date of September 26, 2022 to December 27, 2022.

Counsel for the Plaintiff also has conflicting deadlines in other matters during the week of December 12-16, 2022, including a motion hearing and CMC on December 12, 2022, an opening brief and excerpts of record due in the Ninth Circuit on December 15, 2022, and a motion for preliminary injunction reply due on December 16, 2022.

Counsel for the Plaintiff also has a hearing on motion for preliminary injunction set for January 6, 2023, so she is unavailable to participate in a Scheduling Conference on that date.

Counsel for the parties have met and conferred on this issue and agree to the proposed stipulation, at the Court's discretion:

NOW, THEREFORE, IT IS AGREED AND STIPULATED, that

(1)    The Scheduling Conference currently set for December 23, 2022, shall be continued to January 13, 2023, at 9:30 a.m.

(2)    Counsel shall meet and confer at least twenty-one (21) days in advance of the new Scheduling Conference date to prepare a jointly signed

-2-

report for the court containing the items and information listed in the court's order of November 9, 2022.

(3)      Counsel shall submit the joint report to the court no less than fourteen (14) days before the new Scheduling Conference date.

(4)      All other requirements set forth in the November 9, 2022 order shall remain.

**IT IS SO STIPULATED AND AGREED:**

DATED: November 16, 2022        LOGAN MATHEVOSIAN & HUR, LLP


By: /s / Amber A. Logan
    AMBER A. LOGAN
    Attorneys for Defendants,
    County of Los Angeles, et al.


DATED: November 16, 2022        MICHEL & ASSOCIATES


By: /s/ Anna M. Barvir
    ANNA M. BARVIR
    Attorneys for the Plaintiff,
    Ana Patricia Fernandez


## SIGNATURE ATTESTATION

Pursuant to Local Rule 5.4-3.4(a)(2)(i), I hereby attest that Anna M. Barvir, has concurred in the content of this Joint Stipulation and has authorized its filing.


DATED: November 16, 2022        By: s / Amber A. Logan
    AMBER A. LOGAN
    Attorneys for Defendants,
    County of Los Angeles, et al.