C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiff Ana Patricia Fernandez

Amber A. Logan (SBN 166395)
LOGAN MATHEVOSIAN & HUR, LLP
Equitable Plaza, Suite 2740
3435 Wilshire Boulevard
Los Angeles, CA 90010-1901
Telephone: (213) 365-2703
lmh@lmhfirm.com
amberlogan@lmhfirm.com

Attorneys for Defendants County of Los Angeles,
John Roth, and Wyatt Waldron

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANA PATRICIA FERNANDEZ, an individual,

Plaintiff,

v.

LOS ANGELES COUNTY, et al.,

Defendants.

Case No.: 2:20-cv-09876 DMG (PDx)

**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7-1, Plaintiff Ana Patricia Fernandez and Defendants Los Angeles County, Wyatt Waldron, and John Roth ("Defendants"), through their counsel of record, jointly request that this Court extend all expert discovery deadlines by three weeks in accordance with the schedule set forth herein. Counsel has conferred via telephone regarding the need for this

extension and does not believe that the requested extension will impact trial deadlines. Stipulating parties, by and through their counsel, hereby stipulate and jointly move the following:

WHEREAS, on March 7, 2023, the Court issued a Scheduling and Case Management Order re Jury Trial (Dkt. 64);

WHEREAS, the initial expert disclosure and report deadline was set for August 9, 2023, the rebuttal expert disclosure and report deadline was set for September 8, 2023, and the expert discovery deadline was set for October 6, 2023;

WHEREAS, Plaintiff has been delayed in producing the expert discovery required due to several factors;

WHEREAS, Plaintiff's experts operate an auction house and received a large collection of firearms which they must process and prepare for auction; this preparation, together with the preparation of Plaintiff's extensive expert report, has placed a significant burden on Plaintiff's expert, who will not have time to accomplish both by the August 9, 2018, deadline for initial reports;

WHEREAS, preparation of Plaintiff's expert report, along with the necessary appendices, has proven to be substantially more work than anticipated for Plaintiff's expert because there are more than 450 firearms to appraise, and the report must include serial numbers, makes, models, calibers, barrel lengths, descriptions/conditions, fair market values, auction prices, and other matters to include in the report. This task alone is taking up a great deal of time and effort to make sure that each entry is correct;

WHEREAS counsel for both parties have been diligently working on propounding and responding to written discovery requests in an effort to meet the schedule set by the Court;

WHEREAS, Plaintiff's counsel had a deadline of August 8, 2023, to respond to Defendant Los Angeles County's Requests for Production of Documents, Set 1, Defendant John Roth's Requests for Production of Documents, Set 1, and Defendant Wyatt Waldron's Requests for Production of Documents, Set 1, as well as Defendant Los

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES

Angeles County's Interrogatories, Set 1, Defendant John Roth's Interrogatories, Set 1, and Defendant Wyatt Waldron's Interrogatories, Set 1;

WHEREAS, Defendants' counsel has a deadline of August 28, 2023, extended from August 11, 2023, by mutual agreement, to respond to Plaintiff Ana Patricia Fernandez's Requests for Production of Documents to Defendant Los Angeles County, Set 1, Plaintiff Ana Patricia Fernandez's Requests for Production of Documents to Defendant John Roth, Set 1, and Plaintiff Ana Patricia Fernandez's Requests for Production of Documents to Defendant Wyatt Waldron, Set 1, as well as Plaintiff Ana Patricia Fernandez's Interrogatories to Defendant Los Angeles County, Set 1, Plaintiff Ana Patricia Fernandez's Interrogatories to Defendant John Roth, Set 1, and Plaintiff Ana Patricia Fernandez's Interrogatories to Defendant Wyatt Waldron, Set 1;

WHEREAS, Plaintiff's counsel also has encountered difficulties with scheduling because several cases have deadlines that were not in place when this schedule was set, including an opening brief in *B&L Productions v. Newsom*, Ninth Circuit Case No. 23-55431, and an amicus brief due in *Koons v. Platkin*, Third Circuit Consolidated Case Nos. 23-1900 & 2043;

WHEREAS, Defendants' counsel begins a two-day jury trial on August 15, 2023, in *Michael Angelo Serrato vs. County of Los Angeles, et. al.,* Case No. 2:13-cv-00449-AB;

WHEREAS, the parties believe that a three-week extension of the timeline for expert discovery, including the exchange of initial reports, rebuttal reports, and the close of expert discovery, is necessary and desirable to ensure adequate time to conduct the discovery and provide the Court and the parties with accurate and helpful expert reports;

WHEREAS, trial is currently set to begin on March 26, 2024, so all expert discovery will still be concluded well in advance of trial;

WHEREAS, this request is made for good cause and not simply to delay;

WHEREAS, for these reasons, good cause exists to extend the expert discovery production dates and the dates that follow this discovery schedule by three weeks.

NOW, THEREFORE, IT IS STIPULATED AND REQUESTED that the deadlines

3

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES

be continued for three weeks as follows:

1. The initial expert disclosure and report deadline currently set for August 9, 2023, shall be continued to August 30, 2023;

2. The rebuttal expert disclosure and report deadline currently set for September 8, 2023, shall be continued to September 29, 2023;

3. The expert discovery deadline currently set for October 6, 2023, shall be continued to October 27, 2023;

4. All other dates and deadlines set by the Scheduling and Case Management Order re Jury Trial (Dkt. 64) shall remain the same.

IT IS SO STIPULATED AND AGREED.

Dated: August 9, 2023                         **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiff Ana Patricia
Fernandez

Dated: August 9, 2023                         **LOGAN MATHEVOSIAN & HUR, LLP**

*s/ Amber A. Logan*
Amber A. Logan
Counsel for Defendants County of
Los Angeles, John Roth, and Wyatt
Waldron

### ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: August 9, 2023                         *s/ Anna M. Barvir*
Anna M. Barvir

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Fernandez, v. Los Angeles County, et al.*
Case No.:     2:20-cv-09876 DMG (PDx)

IT IS HEREBY CERTIFIED THAT:

        I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

        I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Amber A. Logan
amberlogan@lmhfirm.com
lmh@lmhfirm.com
Logan Mathevosian & Hur LLP
3435 Wilshire Blvd., Suite 2740
Los Angeles, CA 90010
    *Attorneys for Defendants Los Angeles County,*
    *Wyatt Waldron, and John Roth*

        I declare under penalty of perjury that the foregoing is true and correct.

Executed August 9, 2023.

_____
Laura Palmerin