UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　　　Defendants. | Case No.: CV 20-9876-DMG (PDx)<br><br>**ORDER CONTINUING EXPERT DISCOVERY DEADLINES [66]** |

Pursuant to the Parties' Joint Stipulation to continue the expert discovery deadlines, and good cause having been shown, the Court APPROVES the Stipulation as follows:

1. The initial expert disclosure and report deadline, currently set for August 9, 2023, is continued to August 30, 2023;
2. The rebuttal expert disclosure and report deadline, currently set for September 8, 2023, is continued to September 29, 2023;
3. The expert discovery deadline, currently set for October 6, 2023, is continued to October 27, 2023;
4. The Parties shall comply with the Scheduling and Case Management Order re Jury Trial [Doc. # 64], except to the extent modified herein.

IT IS SO ORDERED.

DATED: August 11, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE