
C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiff Ana Patricia Fernandez

Amber A. Logan (SBN 166395)
LOGAN MATHEVOSIAN & HUR, LLP
Equitable Plaza, Suite 2740
3435 Wilshire Boulevard
Los Angeles, CA 90010-1901
Telephone: (213) 365-2703
lmh@lmhfirm.com
amberlogan@lmhfirm.com

Attorneys for Defendants County of Los Angeles, John Roth, and Wyatt Waldron

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>             Defendants. | Case No.: 2:20-cv-09876 DMG (PDx)<br><br>**JOINT STIPULATION AND REQUEST TO AMEND THE SCHEDULING AND CASE MANAGEMENT ORDER RE JURY TRIAL (DKT. 64)** |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7-1 and 16-14, Plaintiff Ana Patricia Fernandez and Defendants Los Angeles County, Wyatt Waldron, and John Roth ("Defendants"), through their counsel of record, jointly request that this Court amend the March 7, 2023 Scheduling and Case Management Order re Jury Trial (Dkt. 64) to extend the deadline for dispositive motions and continue the upcoming pretrial deadlines and trial date.

WHEREAS, on March 7, 2023, the Court issued a Scheduling and Case Management Order re Jury Trial (Dkt. 64);

WHEREAS, the current scheduling order requires the parties to have completed all fact and expert discovery on or before October 6, 2023;

WHEREAS, the current scheduling order also sets the following deadlines and dates: (1) all dispositive motions must be filed on or before November 10, 2023, and heard before December 15, 2023; (2) the parties must engage in the L.R. 16-2 Meeting of Counsel on or before January 18, 2024; (3) motions in limine and all other pretrial documents must be filed on or before February 6, 2024; (4) the Final Pretrial Conference is on February 27, 2024 at 2:00 p.m.; and (4) Jury Trial is set to commence on March 26, 2024 at 8:30 a.m.;

WHEREAS, in order to meet the schedule set by the Court, counsel for both parties have worked diligently to engage in fact and expert discovery as described below, but due to the volume of documents in this matter—many of which were under the control of various government offices and required significant efforts to compile—and the time it took to prepare and respond to Plaintiff's expert report evaluating the damage and value of the approximately 450 firearms at issue, more time to litigate this case is needed;

WHEREAS, on August 8, 2023, Plaintiff responded to Defendant Los Angeles County's Requests for Production of Documents, Set 1, Defendant John Roth's Requests for Production of Documents, Set 1, and Defendant Wyatt Waldron's Requests for Production of Documents, Set 1, as well as Defendant Los Angeles County's Interrogatories, Set 1, Defendant John Roth's Interrogatories, Set 1, and Defendant Wyatt

1 | Waldron's Interrogatories, Set 1;

2 |     WHEREAS, on August 28, 2023, Defendants responded to Plaintiff Ana Patricia
3 | Fernandez's Requests for Production of Documents to Defendant Los Angeles County,
4 | Set 1, Plaintiff Ana Patricia Fernandez's Requests for Production of Documents to
5 | Defendant John Roth, Set 1, and Plaintiff Ana Patricia Fernandez's Requests for
6 | Production of Documents to Defendant Wyatt Waldron, Set 1, as well as Plaintiff Ana
7 | Patricia Fernandez's Interrogatories to Defendant Los Angeles County, Set 1, Plaintiff
8 | Ana Patricia Fernandez's Interrogatories to Defendant John Roth, Set 1, and Plaintiff Ana
9 | Patricia Fernandez's Interrogatories to Defendant Wyatt Waldron, Set 1;

10 |     WHEREAS, Defendants took the deposition of Plaintiff on September 12, 2023,
11 | and Plaintiff took the deposition of Defendant Roth on September 27, 2023, and the
12 | deposition of Defendant Waldron on September 28, 2023;

13 |     WHEREAS, Plaintiffs also noticed the deposition of Susan O'Leary Brown for
14 | October 5, 2023, but the witness was out of the country for an extended period, and the
15 | parties have thus far been unable to reschedule the deposition;

16 |     WHEREAS, on October 16, 2023, Defendants served Defendants' Request for
17 | Production of Expert Documents (Set One);

18 |     WHEREAS, on October 17, 2023, after the close of fact discovery, Defendants
19 | served Defendant County of Los Angeles' Supplemental Response to Plaintiff's
20 | Interrogatories, Set One, and those new responses likely require additional investigation
21 | by Plaintiff;

22 |     WHEREAS, the parties jointly contend that good cause exists to extend the
23 | remaining deadlines in the Scheduling and Case Management Order re Jury Trial for 4
24 | months;

25 |     WHEREAS, based on the progress of this action, including two motions to dismiss
26 | and extensive written discovery, the parties believe that a 4-month extension of all
27 | deadlines will allow the parties to engage in meaningful settlement discussions and/or
28 | mediation and finalize any remaining fact investigation;

WHEREAS, neither party seeks to delay the proceedings to gain a tactical advantage nor do they seek to delay proceedings for any other improper purpose;

WHEREAS, the parties do not believe that the 4-month extension of deadlines requested herein will prejudice either party or result in undue delay;

WHEREAS, the parties have only requested and received one extension in this matter—a request for an extension of expert discovery deadlines (Dkt. 67);

THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY MOVE the Court for an order resetting the remaining case deadlines as follows:

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| TRIAL   [ ] Court   [X] Jury<br>Duration Estimate: 4-5 days | 3-26-24<br>(Tuesday) | 7-23-24<br>(Tuesday) |
| FINAL PRETRIAL CONFERENCE (FTPC)<br>4 wks before trial | 2-27-24<br>(Tuesday) | 6-25-24<br>(Tuesday) |
| Motion Cut-Off (filing deadline) | 11-10-23 | 3-8-24 |
| Last Hearing Date for Dispositive Motions | 12-15-23 | 4-12-24 |
| L.R. 16-2 Meeting of Counsel Deadline | 1-18-24 | 5-17-24 |
| Settlement Conference Completion Date | 1-30-24 | 5-29-24 |
| Joint Status Report re Settlement | 2-6-24 | 6-4-24 |
| Motions in Limine Filing Deadline | 2-6-24 | 6-4-24 |
| Opposition to Motion in Limine Filing Deadline | 2-13-24 | 6-11-24 |
| Proposed Pretrial Conference Order | 2-6-24 | 6-4-24 |
| Contentions of Fact/Law | 2-6-24 | 6-4-24 |
| Pretrial Exhibit Stipulation | 2-6-24 | 6-4-24 |
| Joint Exhibit List | 2-6-24 | 6-4-24 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 2-6-24 | 6-4-24 |
| Agreed Statement of the Case | 2-6-24 | 6-4-24 |
| Proposed Voir Dire Questions | 2-6-24 | 6-4-24 |
| Joints Statement of Jury Instructions & Joint Statement of Disputed Instructions | 2-6-24 | 6-4-24 |

| Verdict Forms | 2-6-24 | 6-4-24 |

IT IS SO STIPULATED AND AGREED.

Dated: November 7, 2023          **MICHEL & ASSOCIATES, P.C.**

                                                                  *s/ Anna M. Barvir*
                                                                  Anna M. Barvir
                                                                  Counsel for Plaintiff Ana Patricia
                                                                  Fernandez

Dated: November 7, 2023          **LOGAN MATHEVOSIAN & HUR, LLP**

                                                                  *s/ Amber A. Logan*
                                                                  Amber A. Logan
                                                                  Counsel for Defendants County of
                                                                  Los Angeles, John Roth, and Wyatt
                                                                  Waldron

### ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND REQUEST TO AMEND THE SCHEDULING AND CASE MANAGEMENT ORDER RE JURY TRIAL (DKT. 64); [PROPOSED] ORDER. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: November 7, 2023          *s/ Anna M. Barvir*
                                                                  Anna M. Barvir

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Fernandez, v. Los Angeles County, et al.*
Case No.:     2:20-cv-09876 DMG (PDx)

IT IS HEREBY CERTIFIED THAT:

   I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

   I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION AND REQUEST TO AMEND THE SCHEDULING AND CASE MANAGEMENT ORDER RE JURY TRIAL (DKT. 64)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Amber A. Logan
amberlogan@lmhfirm.com
lmh@lmhfirm.com
Logan Mathevosian & Hur LLP
3435 Wilshire Blvd., Suite 2740
Los Angeles, CA 90010
   *Attorneys for Defendants Los Angeles County,*
   *Wyatt Waldron, and John Roth*

   I declare under penalty of perjury that the foregoing is true and correct.

Executed November 7, 2023.

_____
Laura Palmerin