# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　　　Defendants. | Case No.: CV 20-9876-DMG (PDx)<br><br>**ORDER AMENDING THE SCHEDULING AND CASE MANAGEMENT ORDER RE JURY TRIAL [68]** |

　　Pursuant to the parties' Joint Stipulation and Request to Amend the Scheduling and Case Management Order Re Jury Trial, and good cause having been shown, the Court GRANTS the parties' request. The parties filed their stipulation three days before the motion cut-off. In the future, the parties shall avoid submitting requests for continuance or extension of time less than five court days prior to the expiration of the scheduled date. *See* Initial Standing Order at 11 [Doc. # 3]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

　　The schedule for dispositive motions, pretrial deadlines, and trial is amended as follows:

| Matter | Date / Deadline |
|---|---|
| TRIAL   [ ] Court   [X] Jury<br>Duration Estimate: 4-5 days | 7-23-24 @ 8:30 a.m. (Tuesday) |
| FINAL PRETRIAL CONFERENCE (FTPC)<br>4 wks before trial | 6-25-24 @ 2:00 p.m. (Tuesday) |
| Motion Cut-Off (filing deadline)<br>Last Hearing Date for Dispositive Motions | 3-8-24<br>4-12-24 |
| L.R. 16-2 Meeting of Counsel Deadline | 5-17-24 |
| Settlement Conference Completion Date | 5-28-24 |
| Joint Status Report re Settlement | 6-4-24 |
| Motions in Limine Filing Deadline | 6-4-24 |
| Opposition to Motion in Limine Filing Deadline | 6-11-24 |
| Proposed Pretrial Conference Order | 6-4-24 |
| Contentions of Fact/Law | 6-4-24 |
| Pretrial Exhibit Stipulation | 6-4-24 |
| Joint Exhibit List | 6-4-24 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 6-4-24 |
| Agreed Statement of the Case | 6-4-24 |
| Proposed Voir Dire Questions | 6-4-24 |
| Joints Statement of Jury Instructions & Joint Statement of Disputed Instructions | 6-4-24 |
| Verdict Forms | 6-4-24 |

The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 64], except to the extent modified herein.

IT IS SO ORDERED.

DATED:  November 13, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE