C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiff Ana Patricia Fernandez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>Defendants. | Case No.: 2:20-cv-09876 DMG (PDx)<br><br>**STIPULATION FOR LEAVE TO WITHDRAW PENDING MOTION FOR SUMMARY JUDGMENT, FOR LEAVE TO FILE A CORRECTED MOTION, AND FOR CONTINUANCE OF CURRENT DISPOSITIVE MOTION DEADLINES** |

**WHEREAS**:

1. Defendants filed their motion for summary judgment on March 6, 2024;

2. While it was a single noticed motion, Defendants included two memoranda of points and authorities, one that is 7,518 words and another that is 5,491 words, and thus significantly exceeded the Local Rules' 7,000-word limit without leave of this Court;

3. Plaintiff's counsel noticed this error on March 12, 2024, in preparing the opposition briefing, and contacted Defendants' counsel;

4. The current noticed hearing date of April 5, 2024, left Plaintiff only until March 15, 2024, to oppose both memoranda, just a little over a week from the time she received the motion and supporting documents;

5. Defendants desire to correct their motion and to have an increased word limit to sufficiently cover all of the relevant subject matter;

6. Per this Court's November 13, 2023, order (Dkt. No. 69), the current dispositive motion filing cut-off date was March 8, 2024, and the current hearing cut-off date is April 12, 2024;

7. If this Court approves of continuing those dates, Plaintiff agrees to allow Defendants time to correct their non-compliant motion by withdrawing it and re-filing it with a new hearing date, provided that Plaintiff has at least 21 days to prepare her opposition, and provided that any increased word limit for Defendants' motion also applies to her opposition;

8. Should this Court refuse to grant this stipulation, Plaintiff asks that she be given until March 29, 2024, to oppose the current motion, as well as an increased word limit of up to 13,000 words to match the combined total of 13,009 words of the filed motion's two memoranda.

**IT IS HEREBY STIPULATED**, by and between Plaintiff Ana Patricia Fernandez, and Defendants Los Angeles County, Waldron, and Roth, through their undersigned counsel, subject to approval by this Court, that:

1. The motion cut-off date is continued to March 22, 2024, and the last hearing date for dispositive motions to May 10, 2024;

2. Defendants will withdraw their pending motion for summary judgment by March 15, 2024;

3. Defendants shall file a new motion with a single supporting memorandum of points and authorities that does not exceed 13,000 words no later than March 22, 2024;

4. Plaintiff shall have a total of 13,000 words for her opposition, which

shall be filed no later than April 12, 2024;

    5.    Defendants' reply brief, if any, will be subject to the standard 7,000-word limit; and

    6.    The matter will be heard by this Court on May 10, 2024, or as soon thereafter as it is available.

Date: March 13, 2024                        **MICHEL & ASSOCIATES, P.C.**

*/s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiff

Date: March 13, 2024                        **LOGAN MATHEVOSIAN & HUR LLP**

*/s/ Amber A. Logan*
Amber A. Logan
Attorneys for Defendants

## ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this STIPULATION FOR LEAVE TO WITHDRAW PENDING MOTION FOR SUMMARY JUDGMENT, FOR LEAVE TO FILE A CORRECTED MOTION, AND FOR CONTINUANCE OF CURRENT DISPOSITIVE MOTION DEADLINES. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Date: March 13, 2024                        */s/ Anna M. Barvir*
Anna M. Barvir

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Fernandez, v. Los Angeles County, et al.*
Case No.:    2:20-cv-09876 DMG (PDx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**STIPULATION FOR LEAVE TO WITHDRAW PENDING MOTION FOR SUMMARY JUDGMENT, FOR LEAVE TO FILE A CORRECTED MOTION, AND FOR CONTINUANCE OF CURRENT DISPOSITIVE MOTION DEADLINES**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Amber A. Logan
amberlogan@lmhfirm.com
lmh@lmhfirm.com
Logan Mathevosian & Hur LLP
3435 Wilshire Blvd., Suite 2740
Los Angeles, CA 90010
  *Attorneys for Defendants Los Angeles County,*
  *Wyatt Waldron, and John Roth*

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 13, 2024.

_____
Laura Palmerin

4
CERTIFICATE OF SERVICE