UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　　　　Defendants. | Case No.: CV 20-9876-DMG (PDx)<br><br>**ORDER APPROVING STIPULATION TO WITHDRAW PENDING MOTION FOR SUMMARY JUDGMENT, FILE A CORRECTED MOTION, AND CONTINUE CERTAIN DEADLINES [76]** |

　　　The Court, having reviewed the Parties' Stipulation for Leave to Withdraw Pending Motion for Summary Judgment, for Leave to File a Corrected Motion, and for Continuance of Current Dispositive Motion Deadlines, and good cause appearing, hereby **APPROVES** the Joint Stipulation and **ORDERS** as follows:

　　　1.　　The motion cut-off date is continued, *nunc pro tunc*, from March 8, 2024 to March 22, 2024, and the last hearing date for dispositive motions is continued from April 12, 2024 to May 10, 2024 at 2:00 p.m.;

　　　2.　　Defendants shall withdraw their pending motion for summary judgment by March 15, 2024;

3. Defendants shall file a new motion for summary judgment, with a single supporting memorandum of points and authorities that does not exceed 13,000 words, by no later than March 22, 2024;

4. Plaintiff shall file her opposition to the motion for summary judgment, not to exceed 13,000 words in length, by no later than April 12, 2024;

5. Defendants' reply, if any, is subject to the standard 7,000-word limit and shall be filed by no later than April 19, 2024; and

6. The hearing on the motion shall be scheduled on May 10, 2024 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: March 15, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE