C.D. Michel – SBN 144258
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
Konstadinos T. Moros – SBN 306610
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiff Ana Patricia Fernandez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA PATRICIA FERNANDEZ, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>        Defendants. | Case No.: 2:20-cv-09876 DMG (PDx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CURRENT TRIAL DATE AND PRE-TRIAL DEADLINES** |

TO THIS HONORABLE COURT:

The parties to the above-captioned action, Plaintiff Ana Patricia Fernandez and Defendant Los Angeles County, through their respective attorneys of record, file this Notice of Settlement and jointly request that the Court vacate the current trial date and all related dates and deadlines.

On July 15, 2024, the parties participated in a settlement conference with the Honorable Magistrate Judge Patricia Donahue and successfully reached a full settlement of the case. The parties have agreed to all material terms and are working to memorialize the settlement agreement so that it may be executed by all parties. The settlement is also subject to final approval by the Los Angeles County Claims Board. The County estimates that the time required to complete the process for obtaining final approval may take up to 120 days.

To permit time for the settlement to be considered by the County and, if approved, for the terms of the settlement to be fulfilled, the parties request that the Court vacate the current trial date and pre-trial deadlines to avoid the unnecessary use of the parties' and the Court's resources. The parties also agree to file a joint status report regarding settlement no later than December 1, 2024, if a notice of dismissal of entire action is not filed before that date.

Respectfully submitted,

Date: July 16, 2024          **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiff Ana Patricia Fernandez

Date: July 16, 2024          **LOGAN MATHEVOSIAN & HUR, LLP**

*s/ Amber A. Logan*
Amber A. Logan
Counsel for Defendant County of Los Angeles

### ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this NOTICE OF SETTLEMENT AND REQUEST TO VACATE CURRENT TRIAL DATE AND PRE-TRIAL DEADLINES. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

*s/ Anna M. Barvir*
Anna M. Barvir

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Fernandez, v. Los Angeles County, et al.*
Case No.:    2:20-cv-09876 DMG (PDx)

IT IS HEREBY CERTIFIED THAT:

      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

      I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CURRENT TRIAL DATE AND PRE-TRIAL DEADLINES**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Amber A. Logan
amberlogan@lmhfirm.com
lmh@lmhfirm.com
Logan Mathevosian & Hur LLP
3435 Wilshire Blvd., Suite 2740
Los Angeles, CA 90010
   *Attorneys for Defendant Los Angeles County*

      I declare under penalty of perjury that the foregoing is true and correct.

Executed July 16, 2024.

Laura Palmerin