**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA PATRICIA FERNANDEZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　　Defendants. | Case No.: CV 20-09876 DMG (PDx)<br><br>**ORDER DISMISSING THE ACTION [109]** |

　　Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby ORDERED that the stipulation is GRANTED. This case is DISMISSED WITH PREJUDICE, with each side to bear their own costs.

　　It is SO ORDERED.

Dated: June 12, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge